Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of DONALD SHERMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. WEBSTER BASKET COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY A. EATON and ENOCH EATON, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of JOSEPH EATON, v. METAL-ALLOYS, INC., Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concur, except Kiley, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BERNARD MISATA, Appellant, for Compensation under the Workmen's Compensation Law, v. THE FAIRBANKS COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM OLISH, Respondent, for Compensation under the Workmen's Compensation Law, v. RAPID TRANSIT SUBWAY CONSTRUCTION COMPANY, Employer and Self-Insurer, Appellant.— Award reversed and proceeding remitted to the State Industrial Board, on the ground that there is no evidence of total disability for the entire period since the accident. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HERMAN GROLLMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. ALLEN M. SPOONER & SON, INC., Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of EDWARD L. FISHER, Respondent, for Compensation under the Workmen's Compensation Law, v. LA REINE COSTUME COMPANY, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of CARRIE BOUGHTON, Respondent, for Compensation under the Workmen's Compensation Law, v. ELMIRA KNITTING MILLS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of WILLIAM THOMAS DALEY, Respondent, for Compensation under the Workmen's Compensation Law, v. GLOBE MALLEABLE IRON AND STEEL COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by THOMAS MARSHALL, Respondent, v. KEYS & LOCKWOOD, Employer, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.